UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CV-00431-F

| | |
|---|---|
| ARKALGUD N. LAKSHMINARASIMHA,<br>    Plaintiff,<br><br>v.<br><br>PROGRESS ENERGY; GENERAL ELECTRIC;<br>EPRI; PACIFIC GAS & ELECTRIC; and<br>HONEYWELL,<br>    Defendants. | <u>ORDER</u> |

The Clerk of Court is DIRECTED to re-assign this case to another district court judge so as to avoid any appearance of a conflict.

SO ORDERED.

This, the 17th day of August, 2011.

                                        JAMES C. FOX
                                        Senior United States District Judge