IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CV-431-BO

ARKALGUD N.                              )
LAKSHMINARASIMHA,                        )
                    Plaintiff,           )
                                         )
        v.                               )          O R D E R
                                         )
PROGRESS ENERGY, GENERAL                 )
ELECTRIC, EPRI,                          )
PACIFIC GAS AND ELECTRIC, and            )
HONEYWELL,                               )
                    Defendants.          )

This matter comes before the Court on its own initiative where the *pro se* plaintiff in this

closed case continues to file materials with the Court. By Order entered January 3, 2012 [DE

63], the Court granted Defendants' motions to dismiss Plaintiff's claims in their entirety. The

Court's judgment was entered on the same day, and the case was closed. Plaintiff's appeal

period has expired.

Plaintiff has continued to make filings in this case, which is now closed. Plaintiff's

filings lodged at docket entries 80 and 83 reflect various requests to set aside the judgment and

"vacate the case," among other things. To the extent that any of Plaintiff's filings raise any

issues for decision, Plaintiff is hereby reminded that he may not breathe new life into this closed

action. Numerous requests for reconsideration have already been denied [DE 68, 76]. If Plaintiff

seeks to bring new matters before the Court, he must do so by filing a new complaint.

As the case file is closed, the Clerk of Court is DIRECTED to dispense with the taking

into the record of this case any new materials. If Plaintiff should file additional materials in this

case, the Clerk is DIRECTED to retain the materials for Plaintiff for a period of two weeks upon

receipt. The currently-pending motions [DE 80, 83] are DENIED AS MOOT.

SO ORDERED, this the 5 day of April, 2012.

*Terrence W. Boyle*

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE